NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE P. CADORET,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7143

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1531, Judge Mary J. Schoelen.

---

Before DYK, SCHALL, and REYNA, *Circuit Judges.*

**O R D E R**

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.

FOR THE COURT

| | |
|---|---|
| May 10, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Kenneth M. Carpenter, Esq.
Renee Gerber, Esq.